UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>    Leonard S Rogers<br>    Erlinda Rogers<br>        Debtor(s) | Case No. 09 B 13179 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/14/2009.

2) The plan was confirmed on 07/22/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/16/2010.

5) The case was Completed on 10/01/2012.

6) Number of months from filing to last payment: 42.

7) Number of months case was pending: 44.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $39,582.61.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $29,010.00 |
| Less amount refunded to debtor | $911.76 |
| **NET RECEIPTS:** | **$28,098.24** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,551.50 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,473.59 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$5,025.09** |

Attorney fees paid and disclosed by debtor:        $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AFNI | Unsecured | 459.00 | NA | NA | 0.00 | 0.00 |
| ARM | Unsecured | 533.11 | NA | NA | 0.00 | 0.00 |
| Armor Systems Corporation | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 329.00 | 329.06 | 329.06 | 163.39 | 0.00 |
| AT&T | Unsecured | 555.43 | NA | NA | 0.00 | 0.00 |
| Becket & Lee | Unsecured | 671.91 | 697.91 | 697.91 | 346.50 | 0.00 |
| Caine & Weiner | Unsecured | 316.00 | NA | NA | 0.00 | 0.00 |
| Caine & Weiner | Unsecured | 147.00 | NA | NA | 0.00 | 0.00 |
| Chase Tax Related Products Group | Unsecured | NA | 1,964.79 | 1,964.79 | 973.91 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 244.00 | NA | NA | 0.00 | 0.00 |
| Collection Professionals Inc | Unsecured | 977.00 | 1,040.15 | 1,040.15 | 516.46 | 0.00 |
| Collection Professionals Inc | Unsecured | 681.00 | 724.56 | 724.56 | 359.74 | 0.00 |
| Computer Collection Service Corporation | Unsecured | 21.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection Association | Unsecured | 244.00 | NA | NA | 0.00 | 0.00 |
| Dell Financial Services Inc | Unsecured | 1,300.00 | NA | NA | 0.00 | 0.00 |
| Dell Financial Services Inc | Unsecured | 1,975.00 | 1,975.19 | 1,975.19 | 980.61 | 0.00 |
| Dependon Collection Service | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| GC Services | Unsecured | 697.91 | NA | NA | 0.00 | 0.00 |
| Household Orchard | Unsecured | 1,322.23 | 1,392.74 | 1,392.74 | 0.00 | 0.00 |
| Household Orchard | Unsecured | 613.00 | 1,342.94 | 1,342.94 | 666.81 | 0.00 |
| I C Systems Inc | Unsecured | 53.00 | 53.42 | 53.42 | 26.52 | 0.00 |
| I C Systems Inc | Unsecured | 207.70 | 207.70 | 207.70 | 103.12 | 0.00 |
| I C Systems Inc | Unsecured | 207.00 | NA | NA | 0.00 | 0.00 |
| I C Systems Inc | Unsecured | 158.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Human Services | Unsecured | 28.94 | 604.94 | 604.94 | 300.36 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 1,916.80 | 342.38 | 342.38 | 169.99 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 997.46 | 561.75 | 561.75 | 561.75 | 0.00 |
| Illinois State Tollway | Unsecured | 83.40 | NA | NA | 0.00 | 0.00 |
| JP Morgan Chase Bank NA | Secured | 154,168.32 | 174,034.87 | 0.00 | 0.00 | 0.00 |
| JP Morgan Chase Bank NA | Secured | 154,168.32 | ( 1,158.60) | 1,035.86 | 1,035.86 | 0.00 |
| Merchants & Professional | Unsecured | 123.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Merchants Credit Guide | Unsecured | 666.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 438.00 | 1,579.36 | 1,579.36 | 784.08 | 0.00 |
| Monroe And Woods LLC | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Credit & Collection | Unsecured | 123.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Credit & Collection | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 8,116.20 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 208.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 252.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 599.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 887.00 | 738.10 | 738.10 | 366.48 | 0.00 |
| Nicor Gas | Unsecured | 1,347.00 | NA | NA | 0.00 | 0.00 |
| Oak Park Hospital | Unsecured | 101.50 | NA | NA | 0.00 | 0.00 |
| Palisades Collection LLC | Unsecured | 203.00 | 203.99 | 203.99 | 101.27 | 0.00 |
| Peoples Energy Corp | Unsecured | 53.00 | 53.42 | 53.42 | 0.00 | 0.00 |
| Performance Capital Mgmt | Unsecured | 245.00 | NA | NA | 0.00 | 0.00 |
| Radiological Consultants | Unsecured | 430.00 | NA | NA | 0.00 | 0.00 |
| Receivable Management SE | Unsecured | 698.00 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 602.00 | 602.20 | 602.20 | 299.00 | 0.00 |
| Resurrection Health Care | Unsecured | 2,365.00 | NA | NA | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | NA | 52.12 | 52.12 | 25.88 | 0.00 |
| Rush Oak Park Hospital | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Santander Consumer USA | Secured | 13,988.00 | 13,987.22 | 13,987.61 | 9,104.10 | 975.90 |
| Santander Consumer USA | Unsecured | NA | 3,498.78 | 3,498.78 | 1,737.27 | 0.00 |
| Seaway National Bank | Unsecured | 486.00 | NA | NA | 0.00 | 0.00 |
| Seaway National Bank | Unsecured | 1,481.00 | NA | NA | 0.00 | 0.00 |
| Tate & Kirlin | Unsecured | 234.82 | NA | NA | 0.00 | 0.00 |
| Thomas Sullivan M.D. | Unsecured | 1,443.50 | NA | NA | 0.00 | 0.00 |
| U S Bank | Unsecured | 578.41 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 5,092.00 | 5,143.74 | 5,143.74 | 2,554.01 | 0.00 |
| Village Of Bellwood | Unsecured | 200.00 | 200.00 | 200.00 | 99.29 | 0.00 |
| Village of Oak Park | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Auto Finance | Unsecured | NA | 1,653.38 | 1,653.38 | 820.85 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $1,035.86 | $1,035.86 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $13,987.61 | $9,104.10 | $975.90 |
| **TOTAL SECURED:** | **$15,023.47** | **$10,139.96** | **$975.90** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $561.75 | $561.75 | $0.00 |
| **TOTAL PRIORITY:** | **$561.75** | **$561.75** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$24,400.87** | **$11,395.54** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,025.09 |
| Disbursements to Creditors | $23,073.15 |
| **TOTAL DISBURSEMENTS:** | **$28,098.24** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/13/2012        By: /s/ Marilyn O. Marshall
                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**